STUEBEN & SCORDO
1425 Pompton Avenue
Suite 2-2
Cedar Grove, New Jersey 07009
 973-837-1861
Attorneys for Defendant – Appellant Lehman, Lee & Xu Limited, a Hong Kong Corporation
_____

| | | |
|---|---|---|
| TAGC Management, LLC, a Nevada Limited Liability Company, TAGC I, LLC a Nevada Limited Liability Company, and Total Access Global Capital, LLC a Texas Limited Liability Company | : : : : : | **UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT** |
| Plaintiffs - Appelles | : | |
| vs. | : | |
| Edward Eugene Lehman, an individual, Karolina Lehman, an individual, Scott Garner, an individual, Lehman, Lee & Xu Limited, a Hong Kong Corporation, Home & Garden Limited, a Hong Kong Corporation, Lehman, Lee & Xu Patent and Trademark Agents Limited, a Hong Kong Corporation, Lehman, Lee & Xu Corporate Services Limited, a Hong Kong Corporation, Lehman, Jones & Partners (HK) Limited, a Hong Kong Corporation, | : : : : : : : | Docket Number: 12-2211

(Document Electronically Filed)

**NOTICE OF MOTION FOR 60-DAY** |
| Lehman, CGS Limited, a Hong Kong Corporation, Lehman & Co Management, Ltd., a British Virgin Islands Company and DOES 1-10 INCLUSIVE | : : | **EXTENSION OF TIME TO FILE BRIEF AND JOINT APPENDIX** |
| Defendants | : | |
| Lehman, Lee & Xu Limited, A Hong Kong Corporation | : : | |
| Defendant – Appellant | : | |

_____:

**PLEASE TAKE NOTICE** that Defendant - Appellant Lehman, Lee & Xu Ltd, will move before this Court, at the United States Court of Appeals for the Second Circuit, Thurgood Marshall U.S. Courthouse, 400 Foley Square, New York, NY 10007  seeking entry of an order

(the "Order") to extend the deadline to file brief and joint appendix sixty (60) days from November 26, 2012 until January 25, 2013.

Respectfully submitted,
*/s/ Anthony Scordo*
STUEBEN & SCORDO
1425 Pompton Avenue
Suite 2-2
Cedar Grove, New Jersey 07009
 973-837-1861
Attorneys for Defendant - Appellant, Lehman, Lee & Xu Ltd.

Dated: November 20, 2012

STUEBEN & SCORDO
1425 Pompton Avenue
Suite 2-2
Cedar Grove, New Jersey 07009
973-837-1861
Attorneys for Defendant – Appellant Lehman, Lee & Xu Limited, a Hong Kong Corporation
_____

| | |
|---|---|
| TAGC Management, LLC, a Nevada Limited Liability Company, TAGC I, LLC a Nevada Limited Liability Company, and Total Access Global Capital, LLC a Texas Limited Liability Company | **UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT** |
| Plaintiffs - Appelles | |
| vs. | |
| Edward Eugene Lehman, an individual, Karolina Lehman, an individual, Scott Garner, an individual, Lehman, Lee & Xu Limited, a Hong Kong Corporation, Home & Garden Limited, a Hong Kong Corporation, Lehman, Lee & Xu Patent and Trademark Agents Limited, a Hong Kong Corporation, Lehman, Lee & Xu Corporate Services Limited, a Hong Kong Corporation, Lehman, Jones & Partners (HK) Limited, a Hong Kong Corporation, Lehman, CGS Limited, a Hong Kong Corporation, Lehman & Co Management, Ltd., a British Virgin Islands Company and DOES 1-10 INCLUSIVE | Docket Number: 12-2211<br><br>(Document Electronically Filed)<br><br>**CERTIFICATION IN SUPPORT OF MOTION TO EXTEND TIME TO FILE BRIEF AND JOINT APPENDIX BY 60 DAYS** |
| Defendants | |
| Lehman, Lee & Xu Limited, A Hong Kong Corporation | |
| Defendant – Appellant | |

_____

I, Anthony Scordo, certifies as follows:

1. I am an attorney at Law admitted to practice before this court representing defendant/appellant Lehman Lee & Xu, Ltd.

2. The deadline for the filing of the Brief and Joint Appendix is November 26, 2012.

3. I would request an additional sixty (60) days to file. My office was closed this month for almost two weeks as there was no electricity or telephone service as a result of Hurricane Sandy and I spent much of the past two weeks since power was restored attempting to meet various court and other deadlines that had not been met but which were extended by court order.

4. I certify the above statements are true. I realize if the above statement is willfully false, I am subject to punishment.

s/Anthony Scordo<br>
ANTHONY SCORDO

Dated: November 20, 2012

STUEBEN & SCORDO (application for admission pending)
1425 Pompton Avenue
Suite 2-2
Cedar Grove, New Jersey 07009
 973-837-1861
Attorneys for Defendant – Appellant Lehman, Lee & Xu Limited, a Hong Kong Corporation
_____
 :
TAGC Management, LLC, a Nevada Limited   **UNITED STATES COURT OF APPEALS**
Liability Company, TAGC I, LLC a Nevada  : **FOR THE SECOND CIRCUIT**
Limited Liability Company, and Total Access
Global Capital, LLC a Texas Limited Liability:
Company
      Plaintiffs - Appelles   :
vs.
 :
Edward Eugene Lehman, an individual,
Karolina Lehman, an individual, Scott Garner, :
an individual, Lehman, Lee & Xu Limited, a
Hong Kong Corporation, Home & Garden   : Docket Number: 12-2211
Limited, a Hong Kong Corporation, Lehman,
Lee & Xu Patent and Trademark Agents    :
Limited, a Hong Kong Corporation, Lehman,   (Document Electronically Filed)
Lee & Xu Corporate Services Limited, a Hong :
Kong Corporation, Lehman, Jones & Partners
(HK) Limited, a Hong Kong Corporation,  : **ORDER**
Lehman, CGS Limited, a Hong Kong
Corporation, Lehman & Co Management, Ltd.,:
 a British Virgin Islands Company and DOES
1-10 INCLUSIVE   :

      Defendants   :

Lehman, Lee & Xu Limited, A Hong Kong   :
Corporation
 :
      Defendant – Appellant
_____:

THIS MATTER having come before this Court by way of Motion of Stueben & Scordo, Esqs., Attorneys for Defendant - Appellant, Lehman Lee & Xu, Ltd., and the Court having considered the moving papers, and opposition papers, if any and for good cause shown,

IT IS on this _____ day of _____, 2012

ORDERED that the Appeal previously dismissed is hereby restored to the active calendar.

FURTHER ORDERED that a copy of this order be served on all parties within _____ days of the date hereof.

_____
JUDGE
United States Court of Appeals for the Second Circuit