UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of February, two thousand and thirteen,

_____

| | |
|---|---|
| TAGC Management, LLC, a Nevada Limited Liability Company, TAGC I, LLC, a Nevada Limited Liability Company, Total Access Global Capital, LLC, a Texas Limited Liability Company, | **ORDER**<br>Docket No: 12-2211 |
|     Plaintiffs - Appellees, | |
| v. | |
| Edward Eugene Lehman, an individual, Karolina Lehman, an individual, Scott Garner, an individual, Home & Garden Limited, a Hong Kong Corporation, Lehman, Lee & Xu Patent and Trademark Agents Limited, a Hong Kong Corporation, Lehman, Lee & Xu Corporate Services Limited, a Hong Kong Corporation, Lehman, Jones & Partners (HK) Limited, a Hong Kong Corporation, Lehman GS Limited, a Hong Kong Corporation, Lehman & Co Management, Ltd., a British Virgin Islands Company, Does 1-10, Inclusive, | |
|     Defendants, | |
| Lehman, Lee & Xu Limited, a Hong Kong Corporation, | |
|     Defendant - Appellant. | |

_____

APPELLEE, TAGC I, LLC, TAGC Management, LLC and Total Access Global Capital, LLC, has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting May 1, 2013 as the brief filing date.

The scheduling notification hereby is so ordered.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

